UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEE A. VARGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05 CV 55 JCH (LMB) |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed August 14, 2006. See 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Neither party filed an objection.

Upon careful consideration of the Report and Recommendation, and the record in this case, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 29th day of August, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEE A. VARGAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 1:05 CV 55 JCH (LMB) |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed August 14, 2006. See 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Neither party filed an objection.

Upon careful consideration of the Report and Recommendation, and the record in this case, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 29th day of August, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DEE A. VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05 CV 55 JCH (LMB) |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed August 14, 2006. See 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Neither party filed an objection.

Upon careful consideration of the Report and Recommendation, and the record in this case, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 29th day of August, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEE A. VARGAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 1:05 CV 55 JCH (LMB) |

### ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed August 14, 2006. See 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Neither party filed an objection.

Upon careful consideration of the Report and Recommendation, and the record in this case, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 29th day of August, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEE A. VARGAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 1:05 CV 55 JCH (LMB) |

## **ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed August 14, 2006. See 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Neither party filed an objection.

Upon careful consideration of the Report and Recommendation, and the record in this case, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 29th day of August, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEE A. VARGAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 1:05 CV 55 JCH (LMB) |

## **JUDGMENT**

In accordance with the Report and Recommendation entered August 14, 2006, and the Order entered this day, both incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 29th day of August, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE